IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LARRY W TAYLOR,

    Plaintiff,

v.                                                       CASE NO. 1:06-cv-00220-MP-AK

ANDERS,
TRICOCHEE,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that this action be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Court agrees that since this case centers around events at Union Correctional Institution, which is located in the Middle District of Florida, this case should be transferred there. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated herein.

2. The Clerk is directed to transfer this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this  *12th*  day of April, 2007

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge